*E-Filed 11/23/11*

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN PHAN (CABN 241637)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234
       E-Mail: Susan.Phan@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


   UNITED STATES OF AMERICA,        )    No. CR 11-0816 RS
                                    )
        Plaintiff,                  )
                                    )
           v.                       )    **STIPULATION AND [PROPOSED]**
                                    )    **ORDER EXCLUDING TIME UNDER 18**
   JAVIER TELLEZ AYALA,             )    **U.S.C. § 3161**
      a/k/a Javier Ayala Telelz,    )
      a/k/a Gilberto Villasenor Calderon, )
                                    )
        Defendant.                  )
                                    )
   _____  )

       The defendant appeared for his first status conference before this Court on November 22, 2011. The parties requested a pre-plea Pre-Sentencing Report (PSR) for Mr. Ayala. The parties represented that the pre-plea PSR will aid Mr. Ayala's understanding of the potential sentence he may face in this case. The Government also anticipates providing the defendant with additional discovery. Accordingly, defense counsel will need additional time to review. The parties have agreed to exclude the period of time between November 22, 2011 to January 3, 2012, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0816 RS

U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: November 23, 2011        _____/s/_____
                              SUSAN PHAN
                              Special Assistant U.S. Attorney

DATED: November 23, 2011        _____/s/_____
                              DANIEL BLANK
                              Attorney for JAVIER TELLEZ AYALA

|     |     |
| --- | --- |
| 1   | [PROPOSED] ORDER |
| 2   | For the reasons stated above at the November 22, 2011 status conference, the Court finds |
| 3   | that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from |
| 4   | November 22, 2011 to January 3, 2012 is warranted and that good cause exists, and the ends of |
| 5   | justice served by the continuance outweigh the best interests of the public and the defendant in a |
| 6   | speedy trial. 18 U.S.C. §3161(h)(7)(A). |
| 7   |     |
| 8   | IT IS SO ORDERED. |
| 10  | DATED: 11/23/11 |
| 11  | RICHARD SEEBORG<br>United States District Judge |

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0816 RS